IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WESLEY EDWARD SMITH III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWCOUNTRY GROCERS INC., BRAD )<br>WILLIAMS, DAVID OLSEN, LYNN )<br>WILLARD, POLICE OFFICERS 1-3, )<br>)<br>Defendants. )<br>) | C.A. No. _____ |

**DEFENDANTS LOWCOUNTRY GROCERS, LLC, BRAD WILLIAMS,
DAVID OLSEN, AND LYNN WILLARD'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a), (c), and § 1446, Defendants Lowcountry Grocers, LLC (improperly named by Plaintiff as Lowcountry Grocers, Inc.), Brad Williams, David Olsen, and Lynn Willard ("Lowcountry Grocers Defendants") file this Notice of Removal to the United States District Court for the District of South Carolina, Charleston Division.  Removal is proper based on the following grounds:

1.      On July 12, 2023, Plaintiff Wesley Edward Smith III initiated a civil action captioned *Wesley Edward Smith III v. Lowcountry Grocers, Inc. et al,* Civil Action No. 2023-CP-08-1932, in the Court of Common Pleas for Berkeley County, South Carolina. The Complaint purportedly alleges eight causes of action[1]: (1) "Harassment" pursuant to S.C. Code Ann. § 16-3-1700; (2) "Criminal Neglect"; (3) "Failing to Timely Prosecute"; (4) "failing to Read legal right from self incrimination under Miranda V Arizona [sic]"; (5) violation of the Administrative

---

[1] Undersigned counsel has construed Plaintiff's allegations liberally to attempt to comprehend the gravamen of Plaintiff's incoherent claims.

Procedures Act; (6) failing to pay wages; (7) breach of employee handbook; and (8) violation of due process. In addition to his enumerated causes of action, Plaintiff pleads that he was "deprived rights under the color of law, as prejudice in employment. Employment Discrimination: For the Racial (Age, Sex (etc etc)) [sic] Discrimination claims afforded by and under Title VII of the South Carolina Human Affairs Commission (Herein refer to a 'SHAC') . . ." and quoting language from *Griggs v Duke Power Co.*, 401 U.S. 424 (1971), in which the Supreme Court interpreted Title VII of the Civil Rights Act of 1964, Plaintiff further pleads that Title VII . . . was fashioned "to achieve equality of employment opportunities and remove barriers [f]or people in employment have opportunities to causes them, that have "operated on employment" (and employees) in the past, to favor a preferred customer or client(s), to favor . . .the identified group of white employees over other employees." (The direct quote from Griggs reads as follows: "The objective of Congress in the enactment of Title VII is plain from the language of the statute. It was to achieve equality of employment opportunities and remove barriers that have operated in the past to favor an identifiable group of white employees over other employees." *Id.* at 429-30. (Compl. ¶ 18.)

2.    Defendants were served with the Summons and Complaint on July 17, 2023. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A. These documents constitute all pleadings and process served on Defendants in this action.

3.    This Notice of Removal is being filed within thirty (30) days after service upon Defendants of the Complaint setting forth Plaintiff's claims, in accordance with 28 U.S.C. § 1446(b).

4.    Defendant has not filed an Answer or other pleading in the Court of Common Pleas for Horry County, South Carolina.

5.  The United States District Court for the District of South Carolina has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that Plaintiff has alleged causes of action arising under federal law, specifically, the Administrative Procedures Act and Title VII of the Civil Rights Act of 1964. Accordingly, this matter is removable to this Court under the Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331.

6.  Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff and without conceding that Plaintiff has alleged claims upon which relief may be granted.

7.  Removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) because this Court is located in the district and division embracing the place where the state court action is pending.

8.  This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

9.  In accordance with 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of Court for the County of Berkely, South Carolina, and served upon Plaintiff promptly after the filing of the original Notice of Removal in this action.

10. By copy of this document and in accordance with the Certificate of Service, Defendants are providing notice to all parties in this action of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that further proceedings in the Berkeley County Court of Common Pleas for the State of South Carolina be discontinued and that Civil Action No. 2023-CP-08-1932 now pending in the Court of Common Pleas for Berkeley County for the State of South Carolina be removed to the United States District Court for the District of South Carolina,

Charleston Division, and that such Court assume full jurisdiction of such action as provided by law.

          Respectfully submitted,

          s/ *Andreas N. Satterfield, Jr.*
          Andreas N. Satterfield, Jr. (Fed. I.D. No. 004812)
          Email: Andy.Satterfield@jacksonlewis.com
          J. Brendan Kelley (Fed. I.D. No. 12762)
          Email: Brendan.Kelley@jacksonlewis.com

          JACKSON LEWIS P.C.
          15 South Main Street, Suite 700
          Greenville, SC 29601
          Phone: 864-232-7000
          Fax: 864-235-1381

          ***ATTORNEYS FOR LOWCOUNTRY GROCERS, LLC, BRAD WILLIAMS, DAVID OLSEN, AND LYNN WILLARD***

Dated this 16th day of August, 2023.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WESLEY EDWARD SMITH III,<br><br>Plaintiff,<br><br>v.<br><br>LOWCOUNTRY GROCERS INC., BRAD WILLIAMS, DAVID OLSEN, LYNN WILLARD, POLICE OFFICERS 1-3,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served this day on Plaintiff via United States Mail, postage prepaid, and addressed to:

Wesley Edward Smith III, Plaintiff *Pro Se*
P.O. Box 294
Moncks Corner, SC 29461

s/ *Andreas N. Satterfield, Jr.*
Andreas N. Satterfield, Jr. (Fed. I.D. No. 004812)
Email: Andy.Satterfield@jacksonlewis.com
J. Brendan Kelley (Fed. I.D. No. 12762)
Email: Brendan.Kelley@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

***ATTORNEYS FOR LOWCOUNTRY GROCERS, LLC, BRAD WILLIAMS, DAVID OLSEN, AND LYNN WILLARD***

This 16th day of August, 2023.