# EXHIBIT A

*State Court Documents*

STATE OF SOUTH CAROLINA )  IN THE COURT OF COMMON PLEAS
COUNTY OF Berkeley )  NINTH JUDICIAL CIRCUIT
 )
Wesley Edward Smith, III )  SUMMONS
                    Plaintiff. )
 )  FILE NO. 2023-CP-08-1932
vs. )
Lowcountry Grocers INC LLC )
                    Defendant. )

TO THE DEFENDANT ABOVE-NAMED:  Lowcountry Grocers d/b/a Piggly Wiggly 100 W Main Street Moncks Corner, S C 29461  Lynn Willard W

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

TO: Wesley Edward Smith, III
    P. O Box 294
    Moncks Corner, S C 29461

Moncks Corner, South Carolina

Wesley Edward Smith, III M. Ed.    PRO SE
Plaintiff/Attorney for Plaintiff

Dated: July 12, 23

Address: P. O Box 294 Moncks Corner, S C 29461
(843) 530-7834

SCCA 401 (5/02)

STATE OF SOUTH CAROLINA      IN THE CIRCUIT COURT FOR THE
COUNTY OF BEREKELY         NINTH JUDICIAL CIRCUIT
                                       Case NO. 2023-CP-08-1932 LE

State of South Carolina
        Plaintiff

[Wesley Edward Smith III as In defense
With Piggly Wiggly and South
Carolina employment/ business affairs]
Aggrieved and Dissatisfied Complainant

                                      COMPLAINT FOR

vs                             VIOLATION UNDER S C Code -1-
                               13-10 (et seg) WRONGFUL EMPLOYMENT
                               TERMINATION AND RECALLING OF DETAINED
                               REDURED GUILTY BY PROCEDRUAL DEFAULT
                               (lacked service) ON LEAVE NEGLECT RESULTS
                               OF STRICT LIABILITY FINDINGS NOT ADHERED
                               TO IN ACCORDANCE WITH THE
                               GUIDELINES SET BY THE APA OF 1946
                               AND LACK OF DUTIES, LACK OF CARE
                               AND LACK OF TRUST AS THE COMMISSIONER,
                               AN ADMNISTRATOR NOR AS A
LowCountry Grocers Inc ESQ       RESPONSIBLE PARENT BEEN SHOWN
Who acted For the State affairs
 RECALL TESTIMONY Along with
Brad William General Manager
David Olsen Human Resource
Lynn Willard District manager
Police Officer 1    Ukwn
Police Office 2      Ukwn             Jury Trial Demanded
Police Officer3     Unwn
RECALL ACCUSED
Wesley Edward Smith III PRO SE
In defense with Piggly Wiggly INC
                Defendants

## JURISDICTION

The Defendant Low country Grocers INC does business with Piggly Wiggly in Berkeley South Carolina

1

Even though State and its administrators or employers refer to a 'Wesley Smith' as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

Wesley Edward Smith III is a resident in Berkeley County

All Parties and events took within the Jurisdiction of this Honorable Court

## II. PROCEDURAL BACKGROUNDS FACTS

1. I, Wesley Edward Smith III, claims that while on this court leave of court, I am still enduring domestic violence, disturbance of my peace at work, assault and battery, physical and verbal abuse (per each written state order unprofessionally written) and constant belittling, disrespect and harassment in violation of S C Code 16-3-1700 (et seg by Way of Counterclaim (pending resulting orders.)

2. The defendants have me constantly illegally detained by disavowing Wesley Edward Smith III due process rights and equal procedural protection due process clause, while the defendants automatically exempt themselves from the court room trials, employment termination criminal trials procedure.

3. Defendants complaints have not been perfected in the legal manner prescribe by law nor has servicing Wesley Edward Smith III at P. O. Box 294 Monck Corner, S C 29461 has not been seen on exhibit. As such this Cross response on defendants termination action is on behalf of the aggrieved and dissatisfied Wesley Edward Smith III whose claimed that I was previously and still being detained based on my national Origin, Color and Age (over 40+) as prejudices being used against me as being illegally detained and wrongfully terminated by procedural default, as judicial procedural misconduct due to human mistake casued error in proceedings, as alleged on behalf of the defendants Lowcountry Grocers, INC, as Wesley Edward Smith III is a resident in Berkeley County; while defendants are in violation of S C Code 1-13-10-(et seg)

4. Defendant are strictly liable for the misuse of my name, and misidentifying me and disseminating untruthful information on the business letterhead unfounded by truth of law of substantive material evidence in prior proceedings is related for this standing in this suit. This is this responsive pleading (cross complaining) to the courts action of unpredicted orders, was not given notices to support the questionable State Orders and submission of any remittitur, because I, Wesley Edward Smith III herein and hereafter claims that that the State officials procedures were not followed in accordance with precedent, ***Wright v Collins, (1985)*** NOR were my rights read in accordance with precedent, ***Mirada V Arizona (1966),*** A response to the aversive action in employment with prejudices written (clearly) the state officials alluded prohibited R I C O guilt or my innocents in association with others, at work in the business, who activities vary (I,

2

Even though State and its administrators or employers refer to a 'Wesley Smith' as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

Wesley Edward Smith III only guilt is by association with these state official pretending to be worker for the peoples constitution)

5. Defendants as continuing acting State official as informant for the state legal processing involved me in associating with the defendant as a suspect to Murder, Attempted Murder, joining or attempting to Poisoning of another's , Lynching with a Mob, committing of Homicide by Child Abuse, Rapist, Sexual perversion or deviant voyeurs who predators another, and most recently again accused me Wesley Edward Smith III in of stealing under S C Code of Law 16-3-, on 6 June 2023. No price amount was given, The local law enforcement was called and arrived, all the while still withholding my monies, no results from the internal report of sexual favors for raises, skimming from the register and deceiving share holders and stockholders of the true net revenue of the business financial pictures. The State discovered this allegedly convicting evidence. Defendant failed to show facts that are beyond reasonable doubt to believe said crime or involvement in criminal activity, even involved Wesley Edward Smith III.

6. Defendants back up, spoke untruth to the law enforcement I, Wesley Edward Smith III had committed various crimes involved with State, but do not recognized persons signature from the distribution of order from an undisclosed institution(s) or Mental Health facilities (Asylums) by the alleged office of concerned special. Article I Section 24 of the Constitution regarding the victims' rights also support these my objections as truth due to the fact, the Administrators have all refused to [RE]account for the administration Acts of Omission or Inadvertence of witnesses and or mistake of this law argument, by the Administering officials who to this date, as ordinary people, have not allowed "ordinary principles" to be utilized to support the questionable order findings.

7. Defendant as Directors and or Officers Duty of Loyalty and Duty of Care is without proof reasoning for calling Police Officer 1  Ukwn, Police Office 2    Ukwn     or   Police Officer3 Unwn   reason to conceal or withhold evidence, after being called for a domestic disturbances

8. Defendants seems as the Administrators, role,  are strictly liable lack of knowledge for the cases, or just his or her lack of concern for the citizen and service members and families, involved in this matter not directly concern him or her, show the inability for the Administrators to produces direct or any indirect failures for not stating state a claim for relief supporting the unidentified State Official Order, as implied acts were done due to the State at will employment termination practice involve Criminal Neglect as alleged

Even though State and its administrators or employers refer to a 'Wesley Smith' as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

9. Defendant are suspected for strict liability )neglect) by not reading of, nor did the defendants consider, after exercising its rights, according to our constitution under the 1st, 14th, 6th 8th, and now 5th (by waving at rights to speak to this victim) after the written communication was given to terminate my, Wesley Edward Smith III employment contract termination from employment and keeping of all earnings, preventing additional earning, awhile keeping payments owed and benefits,

10. Defendants failed to keep me protected, immune, or keep us procedural safeguarded as a right granted from over zesty employees and the citizens from South Carolina

11. Defendant, while I, Wesley Edward Smith III was employed under the direct tutelage of the Piggly Wiggly INC rules and regulation employee handbook criminally failed to protect me from self incrimination, by failing to strictly adhere to ,or for failing to comply with the employee handbook policy.

12. Defendant upon terminating my contract did not consider the Payment of Wages Act under S C Code of Laws 41-7-10 (et seg) nor consider the cases of the S Code of laws 41-1-110 (et seg) At Will Law, and the mandatory application of disclaimers.

**III(a) Questions of Genuine issues remains unanswered (overlooked as criminal facts omitted) under rule 56 regarding Summary Judgment inference remains**

13. What law did you apply prior to the employment termination that showed there were no genuine issue of material fact that remaining for Summary Judgment (your terminating my employment contract was a self awarding Summary Judgement. How did YOU conclude this action of law and enforce action under the Administrative Procedural Act of 1946 chap 5 U S C sect 551-706 (et seg)? (proof needed)
RESPONSE 1:

14. Would YOU please clarify the Local Police stance for coming aboard the private property when a restraining order and Order for harassment was already in place not to be disturbed a work? With Domestic violence and abuse pending, the local police relied on the alliance or alienation of rights when escorting me from my private premises?
RESPONSE 2

15. As to the genuine question of allegiance (trying to build America Up) or alienating (or process of tearing down America Citizens) , what oath did YOU rely upon that either aligned the

4

Even though State and its administrators or employers refer to a "Wesley Smith" as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure; but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

judicial decisions process or of which conformances were another form of foreigner substances unrecognized by fact support without knowing application of law it applied, so who aided YOU in YOUR outcome to terminate Wesley Edward Smith III from his employment? (Proof needed by law)
RESPONSE 3

16. What judicial decision was made when not including the criminal implication at Summary Judgment, but action was made without reading of warning rights, a criminal warrant, Summons or a criminal bench summons upon my departure or law enforcement entry of the private premises, during an employment termination trial? (Proof Needed)
**RESPONSE 4**

17. Procedurals Rules and Guidelines Directed Orders Overlooked violated: In accordance with Rule 56(c) states that Summary Judgment should have only been granted, where there is no genuine issue(s) of material fact remaining, and that the moving party (production of a by State Order) was entitled to judgment as a matter of law.

18 I Wesley Edward Smith III was deprived right under the color of law, as prejudice in employment. Employment Discrimination: For the Racial (Age, Sex (etc etc)) Discrimination claims afforded by and under Title VII of the South Carolina Human Affairs Commission (Herein refer to a 'SHAC'), Title VII, based on information and beliefs was fashioned " to achieve equality of employment opportunities and remove barriers or people in employment have opportunities to causes them, that have "operated on employment" (and employees) in the past, to favor a preferred customer or client(s), to favor an identified white group of (Unclassified White person by Race chart standard to assume), the identified group of white employees over other employees. No edification has been shown, for which My employment and social securities were canceled and or terminated without my approval

### III. REPLYING LAW ARGURMNET OF TRUTH AS TO EXISTING GENUINE ISSUES MATERIAL FACTS QUESTIONS OVERLOOKED UNDER RULE 56 WITH SUPORTING LAW ANAYLSIS AMEND UNDER RULE 60 FOR SPECULATION OF FRAUD BEING COMMITTED UPON THE ADMINISTRATOR COURTS

**FIRST LAW ANAYLOGY**
**1st Law as Analyzed** as truth in support as stated in relevant parts as follows:
" [W]hen there has been an appeal, final disposition of the case occurs when the remittitur is filed in the circuits' court" McDowell v S C Department of Social Services 300 S. C. 24, 386,

---

Even though State and its administrators or employers refer to a 'Wesley Smith' as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

S. E. 280 (Ct App. 1989), see Christy vs Christy 317 S C , 145, 452, S. E. 2d 1 (Ct App. 1994). ("The final disposition of a case occurs when the remittitur is returned by the clerk of appellant court, and filed in the lower court. Until that time, the case is pending on appeal"). And

### SECONDLY, LAW ANAYLOGY
2nd Rule 56( c) states that Summary Judgment should only be granted where there is no genuine issue of material facts and the moving party is entitled (just How and where were entitlements administered without stating any claims for relief seen or shown) judgment as a matter of law S C R Civ. P. 56( C); *Murray v Holman, Inc* 542 S E 2d 743, 747 (quoting: *Quality Towing Inc v Myrtle Beach*, 340 S C 29, 530 S E 2d 369(2000): Young v South Carolina Department of Corrections, 333, S .C. 29, 530 S. E. 2d 413 (Ct App 1999). Summary Judgment is NOT appropriate where further inquiry into the facts of the case is desirable to clarify the application of law

19. When YOU decided a crime occurred, YOU made a written determination to solidify YOUR reason (as written) to terminate Wesley Edward Smith III Employment contract, but as alleged YOU are in violation in violation under S C Code 41-1-110 and YOUR choosing to keep Wesley Edward Smith III Pay and wages owed while in violation also to S C Code 41-7-10 (et seg) as Alleged? Substantive Material Evidence Required by law of discovery
**RESPONSE 5**

20. What civil rights or Workman's Compensation claims or privatized of insurance claims have YOU filed, that stated that this Wesley Edward Smith III correctly identified person, was the person that caused YOU any legal harms or personal injuries because I, Wesley Edward Smith III did not perform his job as ordered to follow? Where are YOUR claims filed or last located? Proof Needed)
**RESPONSE 6**

### IV. CAUSE OF ACTION TENATIVE PENDING DISCOVERY FACTS

### FIRST CAUSE OF ACTION FOR
### VIOLATION OF VICTIMS RIGHTS
Paragraph one (1) through Five (12) are hereby incorporated for Harassment under S C Code of Law 16-3-1700 (et al) Harassment

### SECOND CAUSE OF ACTION FOR
### VIOLATION OF VICTIMS RIGHTS

---

Even though State and its administrators or employers refer to a 'Wesley Smith' as the assailant; This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

Paragraph one (1) through Twelve (12) are hereby incorporated for Neglect Criminal neglect failed to allow meeting said witness (accusers/victims with claims for relief) on cross examination of State informant witness testimony and confirmed accusation of correct suspect is identified properly as the suspects of guilt, is in question at the trial

### THIRD CASUE OF ACTION FOR
### VIOLATION TO VICTIMS PROTECED RIGHTS

Paragraph one (1) through Twelve (12) are hereby incorporated for neglect Failing to Timely Prosecute and or service of notices to appeal rights under Wright v Collins (1985)

### FOURTH CASUE OF ACTION FOR
### VIOLATION TO VICTIMS PROTECED RIGHTS

Paragraph one (1) through Twelve (12) are hereby incorporated for neglect failing to Read legal right from self incrimination under Miranda V Arizona (1966)

### FIFTH CAUSE OF ACTION FOR
### VIOLATION TO VICTIMS PROTECED RIGHTS

Paragraph one (1) through Twelve (12) are hereby incorporated for neglect for failing to timely governed by the Administrative Procedural Act of 1946 to follow strictly with not deviations

### SIXTH OF ACTION FOR
### VIOLATION TO VICTIMS PROTECED RIGHTS

Paragraph one (1) through Twelve (12) are hereby incorporated for neglect Failing to adhere to the requirements of S C Code 41-7-10 (et seg) and YOUR choosing to keep Wesley Edward Smith III Pay and wages owed to him while YOU are in violation also to the law codified S C Code 41-7-10 (et Seg

### SEVENTH CAUSE OF ACTION FOR
### VIOLATION TO VICTIMS PROTECED RIGHTS

Paragraph one (1) through Twelve 12) are hereby incorporated for neglect Failing to adhere to the requirements of S C Code 41-1-110 At WILL employment Law and YOUR choosing not to abide to keep Wesley Edward Smith III protected from harassment and legal bullying (etc etc) Pay and wages owed while in violation also to S C Code 41-7-10

### EIGHT CAUSE OF ACTION FOR
### VIOLATION TO VICTIMS PROTECED RIGHTS

Paragraph one (1) through Twelve 12) are hereby incorporated for neglect Failing to adhere to

7

---

Even though State and its administrators or employers refer to a "Wesley Smith" as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

the requirements of Employee handbook, The state statue S C Code 41-1-110 (et seg), failing to adhere to the state statue S C Code 41-7-10 (et seg) and failing to afford the citizens rights, as performed against me. Wesley Edward Smith III due [process according to the fourteenth amendment regarding fair, equal protection of proceedings and equal justice as under the laws administratively applied against Wesley Edward Smith III, uncontested

## V. Relief

Stating briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages, consequential and punitive damages claimed for the acts of strict negligence as alleged and the basis for these amounts of 2 Million Dollars, back pay, reinstatement to seniority of position and managerial benefits. Include any punitive (tribal) or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages as individually designated, by its administrative powers to quickly and quietly resolve.is the Government Administrative investigative reports as intervening capacity absent issues regarding these action move for adjudication under rule 60 for fraud by way of counterclaim: (FOR ALLGED ACTS OF OMMISSIONS TO RECONSIDER PURSUAINT RULE 60)
1. *No service by state official cause lack and delay in a timely appeal or review.*
2. *No proof of the service of the Prior Order with the attached certified Complaint, Summons or Criminal Warrant in a timely manner*

Also, Substantive and compensatory relief afforded by law, that this honorable Court finds reasonable and just, for violatyion to the rule governing the APA of 1946 Administration Guidelines [Substantive and compensatory cross relief afforded by the following: AFFIRMED by S C code 15-75-10 et seg), Shams Affirmed by S C Code]
(1) Actual Damages
(2) Punitive damages;
(3) costs; and
(4) reasonable attorney's fees.
(5) the amount of the recovery for the plaintiff is not determinative of the attorney's fee.
(6) and recovery for pay still owed in the amount of $         minus accruing interest). for COMPLETED works and services rendered) and for tort act in the amount by law $300,000.00 . seeking treble damages) As such reliance is detrimental on review and reconsideration for acts of omitting important fact and the lack of service (allege fraud from impartial prosecutorial services Esq. ill afforded all (parties). The aforementioned Government, Foreign Private Counsels and

8

Even though State and its administrators or employers refer to a "Wesley Smith" as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

other elected Officials knew or should have reasonably known neglect would eminent to enter the conversation of truth, as contained in the State law. By SCRCP rule 56, own standards frowns against prohibited acts based on one's race or color o favor, was responsible and obligated to South Carolina Civil Proceedings and Procedure liabilities for neglect. The Corporation as employer is an equal opportunity employer and makes employment decisions on the basis of policies and procedures, allegedly.

## PROOF OF SERVICE

I, Wesley Edward Smith III, certify that on July 12, 2023, Submit Complaint Summons a response in opposition to state official termination from my employment was sent by First Class Certified Mail via United States Mail on all parties listed in this action to the following:    To:  CLERK OF COURT Pro Se
Berkeley County Courthouse
300 California Ave
Moncks Corner, S C 29461

| Lowcountry Groceries LLC | David Olsen | Brad Williams |
| --- | --- | --- |
| 100 W Main Street | 100 W. Main Street | 100 W Main Street |
| Moncks Corner, S C 29461 | Moncks Corner, S C 29461 | Moncks Corner, S C 29461 |

## PURSUANT RULE 83(M) CERTIFICATION

I, Wesley Edward Smith, III declare under the penalty of perjury that, No attorney has prepared, or assisted in the preparations of the attached Complaint Summon and Motion to Dismiss

Mr. Wesley Edward Smith III M. Ed    _[signature]_
Printed Name of Pro Se                Signature of Pro Se

Executed on: July 12th, 2023          Respectfully Submitted

(843) 530-7834

9

Even though State and its administrators or employers refer to a 'Wesley Smith' as the assailant, This Wesley Edward Smith III who is a dislocated worker, being discriminated at work and denied health care rights deprived and continually denied, involved with the disenfranchising me from protection powers related to Voting rights and the sustainability in the disability benefits Social Security Insurances provided have alleged unlawfully or wrongfully detained from me in State proceedings procedure, but not that person, as unidentified, or not having been served with Administrative follow-up to plausible claims Criminal warrant, Complaint nor Summons.

| | |
|---|---|
| STATE OF SOUTH CAROLINA, ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BERKELEY ) | |
| WESLEY EDWARD SMITH C/O ) | NINTH JUDICIAL CIRCUIT JUL 12 PM 4:52 |
| STATE:            Plaintiff ) | MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS |
| vs. ) | |
| Lowcountry Grocers Inc ) | |
|            Defendant. ) | FILE NO. 2023-CP-08-0193 |

1.  WESLEY EDWARD SMITH, being duly sworn, state that I am the Plaintiff and that I do not have the funds available to pay the costs of filing and service in the present matter. I hereby request that the complaint be filed and service made without costs.

Sworn to and Subscribed before me this 12 day of July, 2023

Notary Public for South Carolina
My Commission expires 16 JUN 2031

_____
Signature of Plaintiff or
Person Filing Complaint on Behalf of
Plaintiff

## ORDER

[X] Leave is *granted* to proceed in forma pauperis without payment of the filing fee.

[ ] Leave is granted to proceed in forma pauperis without payment of the service cost.

[ ] Leave is *denied* to proceed in forma pauperis.

Dated: 12 JUL 2023

BERKELEY, South Carolina

_____
JUDGE/CLERK OF COURT

NOTICE TO PLAINTIFF:   The Court may assess costs against either party at hearing.

SCCA 405CP (10/10)

STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS
COUNTY OF BERKELEY ) FOR THE _____ JUDICIAL CIRCUIT

WESLEY EDWARD SMITH C/O
STATE
          Plaintiff,

vs.

LOWCOUNTRY GROCERS INC
          Defendant.

APPLICATION FOR WAIVER OF PAYMENT OF NEUTRAL FEES

Docket No. _____

| NAME OF APPLICANT | WESLEY EDWARD SMITH II |
| --- | --- |
| ADDRESS | BOX 294 |
| CITY, STATE, ZIP CODE | MONKS CORNER, S.C 29461 |
| TELEPHONE NUMBER(S) | (843) 530-7834 |

1. Are you presently employed? ☐ Yes ☒ No
    a. If "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

| SALARY OR WAGES PER MONTH | NAME AND ADDRESS OF EMPLOYER | FULL OR PART TIME |
| --- | --- | --- |
|  | N/A |  |

  b. If "no," state the name and address of last employment, date of termination of employment, and amount of your salary or wages per month.

| SALARY OR WAGES PER MONTH | NAME AND ADDRESS OF EMPLOYER | TERMINATION DATE |
| --- | --- | --- |
| 10.50 | Piggly Wiggly Inc 100 W MAIN ST Monks Corner SC 29461 | 6 June 23 |

2. List by name, age and relationship to you, any persons who are dependent upon you for support. Indicate beside each how much you contribute toward their support.

| NAME | AGE | RELATIONSHIP | AMOUNT OF SUPPORT |
| --- | --- | --- | --- |
| ME |  |  |  |

SCADR150C (04/2021)

3. **Have you received within the past twelve (12) months any money from any of the following sources?**

   a. Business, profession or form of self-employment?     Yes ☐     No ☒
   b. Rent payments, interest or dividends?     Yes ☐     No ☒
   c. Pensions, annuities or life insurance payments?     Yes ☐     No ☒
   d. Gifts or inheritances?     Yes ☐     No ☒
   e. Any other sources?     Yes ☐     No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each and by whom during the past twelve months.

| SOURCE OF MONEY | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |

4. **Do you own cash, or do you have any money in a checking or savings account?**
   ☐ Yes     ☒ No
   If the answer is "yes" state the total amount of the cash and owner: $

5. **Do you own any real estate, stocks, bonds, notes, or other valuable property (excluding ordinary household furnishings and clothing)?**
   ☐ Yes     ☒ No
   If the answer is "yes," describe the property and the state the appropriate value of the items owned and who owns it:

| PROPERTY | AMOUNT |
|---|---|
|  |  |
|  |  |

6. **What kind of motor vehicle do you and/or the alleged incapacitated individual own?**
   Year:          Make:          Model:
   Is it paid for? ☐ Yes     ☒ No
   If not, what is the monthly payment? $

7. **How much do you owe (on liens, mortgages, other encumbrances or debts)?** $
   UNKNOWN

I do solemnly swear that the above information is a true and full account of all my real and personal estate, debts, credits and effects whatsoever without exception, whether they are assets which I control, assets that any person is holding in trust for me, or in which I have any interest. I have not recently, directly or indirectly sold, leased, assigned or otherwise disposed of or made over, in trust for myself or otherwise, other than is mentioned here.

SCADR150C (04/2021)

*****************************************************************************

I do solemnly swear that the account by me delivered into this court with my motion and affidavit to proceed In Forma Pauperis does contain a true and full account of all my real and personal estate, debts, credits and effects whatsoever without exception, which I or any person in trust for me have or at the time of my possession had, or am, or was, in any respect, entitled to, in possession, remainder or reversion and that I have not at any time since actions were made against me or before, directly or indirectly sold, leased, assigned or otherwise disposed of or made over, in trust for myself or otherwise, other than is mentioned herein.

Dated: 12 July 23                     Signature: _____